

| | THE CITY OF NEW YORK | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **PETER W. BROCKER**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2332<br>Fax:  (212) 356-3509<br>pbrocker@law.nyc.gov |

August 29, 2018

**VIA ECF**
Honorable Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

         Re:    Malik Nimmons v. Police Officer Peter Marter et al.,
               17 Civ. 5586 (AJN) (BCM)

Your Honor:

      I represent defendants Police Officer Peter Marter, Police Officer Timothy Finn, Sgt. Logan Lefkowitz, Police Officer Victoria Lynch, and Police Officer Jerome Packtor (collectively, "Defendants") in the above-referenced matter.  I write jointly with Plaintiff's counsel, Gabriel Harvis, Esq., pursuant to the Court's Order dated July 23, 2018 (the "Order") (*see*, Dkt. No. 60) to inform the Court that the parties have no discovery disputes. The parties are not presently engaged in settlement discussions. As a result, the parties' request that the conference currently scheduled for September 5, 2018, at 9:30 a.m. be conducted telephonically.

                                            Respectfully submitted,

                                            /s//
                                          Peter W. Brocker
                                          *Assistant Corporation Counsel*

cc: All Counsel of Record (via ECF)