UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MALIK NIMMONS,

                                        Plaintiff,

            -against-

PETER MARTER, et al.,

                                        Defendants.

------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 5586 (AJN) (BM)

NOV 2 7 2018

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

*See Individual Practices in Civil Cases, Rule 5.A.*

2. ~~Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.~~

Dated: New York, New York
November 21, 2018

| | |
|---|---|
| ELEFTERAKIS, ELEFTERAKIS, & PANEK, LLP<br>*Attorneys for Plaintiff*<br>80 Pine St., 38th Floor<br>New York, NY 10005<br>212-532-1116<br><br>By: _____<br>Gabriel Harvis<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants Marter, Lynch,<br>  Packtor, and Finn*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Peter W. Brocker<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: Nov 27, 2018